UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTIS DELONEY,

      Plaintiff,

v.                                               Case No. 2:18-cv-13653
                                               Hon. Bernard A. Friedman

GRAND TRUNK WESTERN         Mag. Mona K. Majzoub
RAILROAD COMPANY d/b/a CN,

      Defendant.

---

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

---

This matter having come before the Court upon the stipulation of the parties,

and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice

and without costs to any party.

**IT IS SO ORDERED.  THIS IS A FINAL ORDER.**

                                      s/Bernard A. Friedman
Dated:  January 8, 2020           Bernard A. Friedman
        Detroit, Michigan           Senior United States District Judge

Stipulated and approved as to form and content:

*/s/ Benjamin J. Wilensky* w/consent         */s/ Adam C. Zwicker*
Arvin J. Pearlman (P18743)             Adam C. Zwicker (P73672)
Benjamin J. Wilensky (P75302)         GALLAGHER SHARP LLP
SOMMERS SCHWARTZ, P.C.             *Attorney for Defendant*
*Attorneys for Plaintiff*